UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GRUNDY, *et al.*,

        Plaintiffs,

v.

FCA US LLC,

        Defendant.

_____/

Case No. 2:20-cv-11231-SJM-APP

Hon. Stephen J. Murphy, III

## APPEARANCE OF KATHY A. WISNIEWSKI

PLEASE TAKE NOTICE that Kathy A. Wisniewski of the law firm of Thompson Coburn LLP has this day entered her appearance as attorney of record for Defendant FCA US LLC in the above-entitled cause.

By: */s/ Kathy A. Wisniewski*
Kathy A. Wisniewski
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
Telephone:  (314) 552-6000
Facsimile:  (314) 552-7000
kwisniewski@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Kathy A. Wisniewski*