UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GRUNDY, *et al.*

      Plaintiffs,                    Case No. 2:20-cv-11231-SJM-APP

v.                                     Honorable Stephen J. Murphy, III

FCA US LLC,

      Defendant.

---

## **APPEARANCE OF THOMAS J. MURRAY**

PLEASE TAKE NOTICE that Thomas J. Murray of the law firm of King & Murray PLLC has this day entered his appearance as co-counsel of record for Defendant FCA US LLC.

                                              Respectfully submitted,

                                              By: */s/Thomas J. Murray*
                                              Thomas J. Murray (P56331)
                                              Attorneys for Defendant FCA US LLC
                                              KING AND MURRAY PLLC
                                              355 S. Old Woodward, Suite 100
                                              Birmingham, MI 48009
                                              (248) 792-2397
                                              tmurray@kingandmurray.com

Dated: August 4, 2020

2

## **CERTIFICATE OF SERVICE**

      Thomas J. Murray certifies that on August 4, 2020, he electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

                                                 */s/ Thomas J. Murray*
                                                 Thomas J. Murray