UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GRUNDY, *et al.*,

        Plaintiffs,

v.

FCA US LLC,

        Defendant.
_____/

Case No. 2:20-cv-11231-SJM-APP

Honorable Stephen J. Murphy, III

**INDEX OF EXHIBITS IN SUPPORT OF FCA US LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT UNDER RULE 12(b)(6)**

| Exhibit | Description |
|---|---|
| A | Written Order of Dismissal in *In re Old Carco LLC/Hightman v. FCA US LLC*, Case No. 09-50002/Adv.Pro. No. 19-01333 (S.D.N.Y. Bank.) |
| B | Transcript of Oral Order of Dismissal in *In re Old Carco LLC/Hightman v. FCA US LLC*, Case No. 09-50002/Adv.Pro. No. 19-01333 (S.D.N.Y. Bank.) |
| C | Warranty Booklet for Model-Year 2009 Jeep Grand Cherokee |
| D | Warranty Booklet for Model-Year 2009 Dodge Ram |
| E | Warranty Booklet for Model-Year 2008 Minivans |
| F | Warranty Booklet for Model-Year 2008 Ram Truck |
| G | July 2007 Warranty Bulletin |
| H | November 2007 Warranty Bulletin |