UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GRUNDY, et al.,

      Plaintiffs,                        Case No. 2:20-cv-11231

v.                                   HONORABLE STEPHEN J. MURPHY, III

FCA US LLC,

      Defendant.

_____/

## **SCHEDULING ORDER**

| | |
|---|---|
| **INITIAL DISCLOSURES EXCHANGED BY**: If blank and unless the parties stipulate otherwise, within 14 days after the scheduling conference, or within 30 days for parties served or joined after the scheduling conference. Unless ordered by the Court, filing the disclosures or a notice of their exchange on the docket is unnecessary. | 3/10/21 |
| **WITNESS LIST DISCLOSURE DUE**: If blank, witnesses must be listed in the Joint Final Pretrial Order. Unless ordered by the Court, filing the lists or a notice of their disclosure on the docket is unnecessary. | 12/17/21 |
| **EXPERT WITNESS DISCLOSURES DUE**: If blank and unless the parties stipulate otherwise, by 90 days before the trial date, or 30 days for pure rebuttal witnesses. Unless ordered by the Court, filing the lists or a notice of their disclosure on the docket is unnecessary. | |
| **DISCOVERY ENDS**: Expert witness discovery shall be completed by this date or by 30 days after the date for expert witness disclosure, whichever is later.<br><br>The Court will conference with the parties at the close of discovery and order mediation in appropriate cases. Parties should be prepared to inform the Court whether they would benefit from mediation. | 1/28/22 |
| **CLASS CERTIFICATION MOTION DUE:** | 4/20/22 |
| **DISPOSITIVE MOTIONS DUE**: Joinder of new parties or amendment of the pleadings shall occur only by Court order. | 7/13/22 |

2

| | |
|---|---|
| **JOINT FINAL PRETRIAL ORDER DUE**: If blank, one week before the pretrial conference. All Rule 26(a)(3) pretrial disclosures shall be made by this date, and incorporated into the joint final pretrial order. Parties must comply with Local Rule 16.2. | |
| **FINAL PRETRIAL CONFERENCE**: This must be attended by at least one attorney who will conduct the trial for each party and by any unrepresented party. Because settlement is a main focus of the conference, counsel must bring their clients and/or any persons with full settlement authority with them to the conference. | 11/23/22**, 2:00 p.m.** |
| **MOTIONS IN LIMINE DUE**: If blank, ten days before the trial date. | |
| **TRIAL BRIEFS and PROPOSED JURY INSTRUCTIONS DUE**: If blank, five days before the trial date. Each proposed jury instruction must be accompanied by a citation to the legal authority that it supports. The Court may request briefing or oral argument on the contents of the instructions. | |
| **TRIAL**: This case will be scheduled for trial during a 30 day lagging trial docket period. After they have been notified of a trial term, it is counsel's responsibility to contact the case manager to ascertain the status of the trial docket. | 12/6/22**, 9:00 a.m.** |
| **TRIAL TYPE:** | JURY (X) BENCH () |
| **LENGTH OF TRIAL:** | 20 days |

**IT IS FURTHER ORDERED** that the parties shall **APPEAR** for a joint telephonic status conference on **February 9, 2022** at **10:00 a.m.** <u>The Notice to Appear with call-in instructions will be docketed closer to the date for the status call</u>.

**SO ORDERED**.

                                        s/Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2021, by electronic and/or ordinary mail.

                                        s/David P. Parker
                                        Case Manager