UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GRUNDY et al.,

                   Plaintiffs,

v.

FCA US LLC,

                   Defendant.

Case No. 20-11231
Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

## JUDGMENT

In accordance with the Court's Opinion and Order entered on February 29, 2024, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated at Flint, Michigan, this 29th day of February, 2024.

KINIKIA ESSIX
CLERK OF THE COURT

s/Tammy Hallwood
Deputy Clerk

APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

1